**Order entered December 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01332-CV

### IN RE SUSAN HARRIMAN, Relator

### Original Proceeding from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-11994

# ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's "Motion to Vacate Trial Court Temporary Injunction Order, Implement Settlement Agreement and Dismiss," and **DISMISS** this original proceeding as moot. We **LIFT** the Court's November 5, 2018 stay of all trial court proceedings relating to the real parties in interest's "Motion to Enforce Injunction to Protect Witness against Susan Harriman and for Order to Show Cause." We **ORDER** the parties to each bear their own costs, if any, of this original proceeding.


/s/ DAVID L. BRIDGES
   JUSTICE